UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN FOWLER,

           Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

Case No. 3:22-cv-05661-TL

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

    The Court GRANTS Plaintiff's *in forma pauperis* application, Dkt. 1, and ORDERS:

    (1)    Plaintiff shall be issued summonses.

    (2)    Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

    Dated this 9th day of September 2022.

                                                                              Tana Lin
                                                                              United States District Judge