1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN FOWLER,

                    Plaintiff,

        v.

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

CASE NO. 3:22-cv-05661-TL

ORDER TO SHOW CAUSE

This matter came before the Court on Plaintiff's Motion for Extension of Time to Submit Opening Brief. Dkt. No. 9. Per the scheduling order issued by the Court for this case, Plaintiff was required to submit an opening brief by March 7, 2023. Dkt. No. 7. Plaintiff filed the instant motion on March 7, 2023, and requests that the Administrative Record ("AR") (Dkt. No. 6) be re-filed because exhibits are missing from the transcript, specifically "1F to 22F, which encompasses much of the medical documentation of record." Dkt. No. 9 at 1. Plaintiff also requests that the scheduling order be amended so that Plaintiff will have thirty days after the AR is re-filed to submit the opening brief. *Id*. Plaintiff's motion is mis-noted and incorrectly includes a certification that her opening brief was filed with the Clerk on March 7, 2023. *See* Dkt. No. 9; *see also* LCR 7(d)(2)(A) (unstipulated motions for extension should be noted for the second Friday after filing).

ORDER TO SHOW CAUSE - 1

The AR was filed on February 6, 2023, and includes 180 exhibits. *See* Dkt. No. 6-1 at 1–8. It does not include exhibits labeled "1F" through "22F," but it does, however, include exhibits "B1F" through "B22F." *See* Dkt. No. 6-7 at 3–771.

To the extent that information is missing from the AR, Plaintiff could and should have been more diligent in resolving that matter with the Defendant and, if needed, in raising that issue to the Court's attention before the eleventh hour. Plaintiff is ORDERED TO SHOW CAUSE why the AR should be re-filed with specific details of the items she believes are missing **by no later than March 21, 2023**. Defendant shall have an opportunity to respond, if desired, **by March 28, 2023**. Both responses are limited to no more than three pages.

The Court shall reset the briefing schedule after receiving Plaintiff's response.

Dated this 16th day of March 2023.


Tana Lin
United States District Judge

ORDER TO SHOW CAUSE - 2