UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SUSAN FOWLER,

            Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.

Case No. 3:22-cv-05661-TL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. Plaintiff was required to file the Opening Brief for this matter on or before April 22, 2023. Dkt. No. 12. Plaintiff has neither filed the Opening Brief nor requested an extension of time.

Accordingly, Plaintiff is ORDERED to show cause by May 15, 2023, why this matter should not be dismissed for lack of prosecution. Failure to show cause may result in dismissal of this action. Plaintiff may respond by filing the Opening Brief along with an explanation for the delay. If the Court finds the explanation reasonable, the Court will accept the late brief and amend the Scheduling Order to avoid prejudice to Defendant.

Dated this 2nd day of May 2023.

Tana Lin
United States District Judge

ORDER TO SHOW CAUSE - 1